IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DERRICK J. ELLERBE** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **THE PA GENERAL ASSEMBLY, THE PA ATTORNEY GENERAL, THE PA GOVERNOR and SOUTHEASTERN PENNSYLVANIA TRANSIT AUTHORITY (SEPTA)** | : : : : : | NO. 19-3554 |

## ORDER

**NOW**, this 28th day of August, 2019, upon consideration of plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Document No. 1) and his *pro se* Complaint, it is **ORDERED** as follows:

1. Pursuant to 28 U.S.C. § 1915, leave to proceed in forma pauperis is **GRANTED**;

2. The Complaint is deemed filed; and

3. The Complaint is **DISMISSED WITH PREJUDICE** as frivolous.

/s/ TIMOTHY J. SAVAGE J.